| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Currie, Cameron McGowan | 2. Court or Organization<br><br>U. S. District Court, D.S.C. | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>901 Richland Street<br>Columbia, South Carolina 29201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 2 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 MAY 13 P 3: 24 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental - Condo - Columbia, SC 1/2 interest (See Part VIII) | C | Rent | J | R | | | | | |
| 2. Royal Bk of Canada (See Part VIII) | A | Dividend | K | T | | | | | |
| 3. Bank of America Account | A | Interest | J | T | | | | | |
| 4. Palmetto Preservation Corp. (See Sec. VIII) | B | Distribution | M | W | | | | | |
| 5. IRA account - Lines 6 - 15 are all American Funds | | | | | | | | | |
| 6. --Amcap Fd CL A | A | Dividend | J | T | | | | | |
| 7. --American Balanced FD CL A | A | Dividend | K | T | | | | | |
| 8. --Capital Inc Bldr Fd CL A | A | Dividend | K | T | | | | | |
| 9. --Capital World Growth and Incm FD CL A (See Part VIII) | A | Dividend | K | T | | | | | |
| 10. --Fundamental Investors FD CL A | A | Dividend | K | T | | | | | |
| 11. --Growth Fund of America CL A | A | Dividend | K | T | | | | | |
| 12. --Income FD of America CL A | A | Dividend | K | T | | | | | |
| 13. --Washington Mut Investors FD CL A | A | Dividend | J | T | | | | | |
| 14. --Europacific Growth Fund Class A (See Part VIII) | A | Dividend | K | T | | | | | |
| 15. --New Perspective Fund Class A (See Part VIII) | A | Dividend | K | T | | | | | |
| 16. SC St Ports Auth Rev Fsa OID - TE Municipal Bds. | B | Interest | K | T | | | | | |
| 17. American Land Svc. Of Darlington CL B NV Stock (See Pt VIII) | B | Distribution | | | Closed | 03/24/09 | J | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Amcap Fund CL A - American Fund | A | Dividend | K | T | | | | | |
| 19. American Balanced Fd CL A - American Fund | A | Dividend | K | T | | | | | |
| 20. Capital Income Bldr Fd CL A - American Fund | B | Dividend | K | T | | | | | |
| 21. Capital World Growth & Incm Fd CL A - Am Fd (See Part VIII) | B | Dividend | L | T | | | | | |
| 22. Fundamental Investors Fd - American Fund | A | Dividend | K | T | | | | | |
| 23. Growth Fund of America CL A - American Fund | A | Dividend | K | T | | | | | |
| 24. Income Fund of America CL A - American Fund | B | Dividend | K | T | | | | | |
| 25. Citibank Na Bk Dep Plan | A | Interest | K | T | | | | | |
| 26. Lot # 1, Haywood Co., NC (See Part VIII) | | None | K | S | | | | | |
| 27. Lot # 2, Haywood Co., NC (See Part VIII) | | None | M | S | | | | | |
| 28. Europacific Growth Fund Class A - American Fund | A | Dividend | J | T | | | | | |
| 29. Orangeburg Cnty SC Cons Sch Dist Five Mutual Bonds | A | Interest | K | T | | | | | |
| 30. SC Jobs Edu Hsp Facs Rev REF&IMP Palmetto Hlth Mutnic Bds. | B | Interest | K | T | | | | | |
| 31. South Carolina St St Sch Facs Ser Bonds | B | Interest | | | Redeemed | 07/13/09 | K | A | |
| 32. South Carolina St Sch Facs Ser Bonds | B | Interest | K | T | | | | | |
| 33. South Carolina Transn Infrastructure (...LB1) | B | Interest | K | T | | | | | |
| 34. South Carolina Transn Infrastructure (...PE1) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | | | P3 = $25,000,001 - $50,000,000 | P4 = More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller of private transaction |
|---|---|---|---|---|---|---|---|---|---|
| 35. Beaufort Cnty SC Mun. Bonds | A | Interest | K | T | | | | | |
| 36. Beaufort Co. SC Sch Dist Bonds | A | Interest | J | T | | | | | |
| 37. Greenville Cnty SC Genl Obligation Bonds | B | Interest | L | T | | | | | |
| 38. Greenwood Fifty Sch Fac Inc SC Instl Pur Rev Corp/Muni Bond | A | Interest | K | T | | | | | |
| 39. GE Capital Finance. Inc. (CD) | A | Interest | | | Redeemed | 08/06/09 | J | A | |
| 40. American Mutual Fund Class A - American Fd (See Pt VIII) | B | Dividend | L | T | | | | | |
| 41. Greenville Cnty SC SH Dist | A | Interest | J | T | Buy | 08/10/09 | J | | |
| 42. Medical Univ SC Hosp Auth | A | Interest | K | T | Buy | 07/13/09 | K | | |
| 43. Trust # 2 | | | | | | | | | |
| 44. --Bank of America Account (See Part VIII) | | None | K | T | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets. or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

VII. A. 1. Condominium purchased on December 10, 1992. for $25,000. I purchased 1/2 interest.

VII. A. 4. Sole asset of corporation is real estate (1 parcel). I have invested just over $107,000 over the past 15 years. There is no appraisal on my interest. Book value is not appropriate as this is improved real estate on which depreciation is deducted. Cost is not available for an interest in a corporation  There is no assessment for my interest.

VII.A.17. Corporation dissolved. Final payout to shareholders.

VII. A. 26. Lot # 1, originally purchased in 2003 for purpose of building [          ]. I decided to sell the lot in 2005 and it is now being held for investment pending sale. Assessment value as of 2/1/06 is $49,240.

VII. A. 27. Lot # 2, purchased in 2005 and held for investment.  Assessment value as of 2/15/06 is $230,910.

VII A. 2, 9, 14, 15, 21and 40 have all increased in value.

VII.A.44.  This Trust Account is a checking account in my name as Trustee of the Special Needs Trust for [          ] All amounts paid out are for the support of the beneficiary of the Trust. [          ]

| Name of Person Reporting | Date of Report |
|---|---|
| Currie, Cameron McGowan | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544